# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12-cr-254-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| JAVOTO JETER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se "Motion for Reconsideration," (Doc. No. 99), which appears in substance to be a Motion for Compassionate Release/Reduction of Sentence based on the COVID-19 pandemic.

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: January 15, 2021

Max O. Cogburn Jr
United States District Judge